IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY ANNE SHULA                                                                PLAINTIFF

v.                                   CASE NO. 4:07-CV-00922

BANK OF AMERICA CORPORATION and
BANK OF AMERICA, N.A.                                                          DEFENDANT

## ORDER

Pending before this Court are plaintiff's Motion to Quash Notice of Deposition [Doc. # 32], plaintiff's Motion to Compel [Doc. # 33], plaintiff's Motion to Extend Discovery and Motions Deadline [Doc. #34], and defendant's Motion to Compel [Doc. #28].

Plaintiff's Motions to Quash Notice fo Deposition and to Extend Discovery and Motions Deadline are DENIED. Plaintiff is to make herself available to be deposed on May 7 and 8, 2008.

Plaintiff's Motion to Compel is GRANTED and defendant is ordered to provide all discovery requested by the plaintiff before her May 7 and 8 deposition.

Defendant's Motion to Compel is GRANTED as to all documents not subject to previously entered protective orders.

IT IS SO ORDERED this 6th day of May, 2008.

BRIAN S. MILLER
UNITED STATES DISTRICT JUDGE