IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY ANNE SHULA                                                                          PLAINTIFF

v.                           CASE NO. 4:07-CV-00922 BSM

BANK OF AMERICA CORPORATION and
BANK OF AMERICA, N.A.                                                              DEFENDANTS

ORDER

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, separate defendant Bank of America Corporation's Motion to Dismiss [Doc. # 45] is granted and separate defendant Bank of America Corporation is dismissed with prejudice. Bank of America Corporation's request for attorneys' fees is denied.

IT IS SO ORDERED this 30th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE