IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY ANN SHULA                                                      PLAINTIFF

v.                                  CASE NO. 4:07-CV-00922 BSM

BANK OF AMERICA, N.A.                                      DEFENDANT

ORDER

Pending are Defendant's Motion to Strike Jury Demand [Doc. # 51] and Motion for Leave to Reply [Doc. # 72]. The court has reviewed the motion to strike jury demand and finds that this case involves both equitable and legal issues. It is well settled that cases involving both equitable and legal issues can be tried to a jury. *See Ross v. Bernhard*, 396 U.S. 531, *537-38, 90 S.Ct. 733, *738 (1970); *Bibbs v. Jim Lynch Cadillac, Inc.*, 653 F.2d 316, *319 (8th Cir. 1981). Therefore, the court denies defendant's motion to strike jury demand. The court also denies defendant's motion for leave to reply.

IT IS SO ORDERED this 19th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE