IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY ANN SHULA                                                                PLAINTIFF

v.                              CASE NO. 4:07-CV-00922 BSM

BANK OF AMERICA, N.A.                                                DEFENDANT

## JUDGMENT

Upon the motion for summary judgment of Defendant [Doc. # 59], the response of Plaintiff [Doc. # 79], and the entire record, the court finds that Defendant's motion for summary judgment is well-taken and is hereby granted. The case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of July, 2008.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE